UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | VIOLATIONS: |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 846 - |
| THOMAS HEIDER, | ) | Conspiracy to Distribute |
| Defendant. | ) | and Possess with Intent |
| | ) | to Distribute Marijuana |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession With Intent |
| | ) | To Distribute Marijuana |
| | ) | |
| | ) | 21 U.S.C. § 853 - |
| | ) | Criminal Forfeiture |
| | ) | |
| | ) | 18 U.S.C. § 2 - |
| | ) | Aiding and Abetting |

## INDICTMENT

COUNT ONE:     (21 U.S.C. § 846 - Conspiracy To Distribute
               and Possess with Intent to Distribute Marijuana)

The Grand Jury charges that:

From a date unknown to the Grand Jury, but from at least in or about May, 2008, and continuing thereafter until on or about December 8, 2008, at Milford, Bellingham, and elsewhere in the District of Massachusetts,

(1) Thomas Heider,

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with Sandra Medina, Antonio Medina, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, the provisions of Title 21 U.S.C. § 841(b)(1)(B)(vii) apply to this Count.

All in violation of Title 21, United States Code, Section 846.

COUNT TWO:     (21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Marijuana; 18 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about December 8, 2008, at Milford, Bellingham, and elsewhere in the District of Massachusetts,

(1) **Thomas Heider**,

defendant herein, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that this Count involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, the provisions of Title 21 U.S.C. § 841(b)(1)(B)(vii) apply to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and 18 U.S.C. § 2.

**FORFEITURE ALLEGATION**   (21 U.S.C.§ 853)

The Grand Jury further charges that:

1.   Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment,

>   (1) Thomas Heider,

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.  Such property includes, without limitation:

> a. $1,764.00 in United States currency seized on December 8, 2008 at 250 Hartford Avenue, Bellingham, Massachusetts;
>
> b. one red 2007 Honda TRX420TE bearing Vehicle Identification Number 1HFTE344874011592, seized on December 8, 2008;
>
> c. one white 2006 Ford F350 Super Duty bearing Vehicle Identification Number 1FTWW33P96EC00082, seized on December 8, 2008; and
>
> d. one white 2006 Rage'n M-4005 BH Fifth Wheel bearing Vehicle Identification Number 5PMSS40386C001798, seized on December 8, 2008.

2.   If any of the property described in paragraph 1 above, as a result of any act or omission of the defendant,

> a.   cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All pursuant to 21 U.S.C. § 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; September ___9___, 2009.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

4:20 p