%JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA  **Category No.** II  **Investigating Agency** DEA

**City** Milford   **Related Case Information:**

**County** Worcester   Superseding Ind./ Inf. 09-40002-FDS   Case No. _____
Same Defendant _____   New Defendant   x
Magistrate Judge Case Number   08-0511-~~TSH~~ 508-TSH
Search Warrant Case Number   09-1604 to 1613-TSH
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Thomas Heider   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   101 Monroe Street, Norwood, Massachusetts 02062

Birth date (Year only): 1950   SSN (last 4 #): ____   Sex M   Race: Caucasian   Nationality: US citizen

Defense Counsel if known:   Joseph Chancellor   Address: 66 Massasoit Street
                                                              Northampton, MA
Bar Number: _____

**U.S. Attorney Information:**

AUSA   Robert A. Fisher   Bar Number if applicable   652602

Interpreter:   ☒ Yes  ☐ No   List language and/or dialect:   English

Victims:   ☐ Yes ☒ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)   ☐ Yes ☐ No

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony   2 counts

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/9/09   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 11/15/05)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Thomas Heider

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute marijuana | 1 |
| Set 2 | 21 U.S.C. §841 (a)(1) | Possession with intent to distribute marijuana | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**